**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ISAAC ARELLANO,<br><br>　　Plaintiff<br><br>v.<br><br>MICHAEL HORVATH, et al.,<br><br>　　Defendants | Case No.: 2:24-cv-02320-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 8] |

　　On August 14, 2025, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Jose Arellano has not complied with court orders to pay the filing fee or file an application to proceed in forma pauperis. ECF No. 8. Arellano did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

　　I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 8) is accepted, and this case is dismissed without prejudice. The clerk of court is instructed to close this case.

　　DATED this 8th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE